# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 98-2704EM

————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Thomas Brandon Bayer, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

————————

Submitted: November 16, 1998
Filed: November 30, 1998

————————

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

————————

PER CURIAM.

Thomas Brandon Bayer appeals the sentence imposed on him following the revocation of his supervised release. Because Bayer raised no objection to the district court's sentence, we apply the test of plain error review. See United States v. Prendergast, 4 F.3d 560, 561-62 (8th Cir. 1993) (per curiam). The record shows the district court sentenced Bayer within the suggested guidelines imprisonment range, and well within the statutory maximum, thus we find no error in the district court's analysis, plain or otherwise. Additionally, Bayer's pro se motions for reconsideration of his sentence went beyond the district court's authority to correct a sentence for an

arithmetical, technical, or other clear error.  <u>See</u> Fed. R. Crim. P. 35(c).  Accordingly, we affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.